# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CALUMET MONTANA REFINING., LLC, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | Case No. 23-1194 <br><br> (consol. 23-1210) |

## NON-BINDING STATEMENT OF ISSUES TO BE RAISED

Pursuant to the Order dated August 23, 2023 (Doc. 2013772), Petitioner Wynnewood Refining Company, LLC ("Wynnewood") submits its non-binding statement of issues to be raised.

### A. Issues To Be Raised

1. Was the final action of the Administrator of the United States Environmental Protection Agency denying Wynnewood's petition for a small refinery exemption for the 2022 compliance year under the Renewable Fuel Standard program entitled "July 2023 Denial of Petitions for RFS Small Refinery Exemptions," EPA-420-R-23-007, notice of which was published in the Federal

Register on July 20, 2023 (88 Fed. Reg. 46795), arbitrary, capricious, an abuse of discretion, or otherwise contrary to law?

This statement is preliminary. Wynnewood reserves the right to modify and amend the issues to be raised.

Dated: September 15, 2023

Respectfully submitted,

/s/ *Samuel P. Hershey*

**WHITE & CASE LLP**

Thomas E Lauria
Andrew K. Gershenfeld
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
Email: andrew.gershenfeld@whitecase.com

Samuel P. Hershey
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-2699
Email: sam.hershey@whitecase.com

*Counsel for Wynnewood Refining Co., LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 15, 2023  Respectfully submitted,

/s/ *Andrew K. Gershenfeld*
Andrew K. Gershenfeld