# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC, et al.,<br><br>     Petitioners,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>     Respondent. | Case No. 23-1194<br><br>(consolidated with Nos. 23-1210, 23-1250, 23-1251, 23-1252, 23-1253, 23-1254, 23-1255, 23-1256, 23-1257, 23-1258, 23-1266) |

**PETITIONERS' STATEMENT OF THE ISSUES TO BE RAISED**

Pursuant to this Court's Order of August 23, 2023 (Doc. 2013772) and subsequent consolidation orders, Petitioners American Refining Group, Inc.; Calumet Montana Refining, LLC; Calumet Shreveport Refining, LLC; Countrymark Refining & Logistics, LLC; Ergon Refining, Inc.; Ergon-West Virginia, Inc.; Hunt Refining Co.; Par Hawaii Refining, LLC; Placid Refining Co. LLC; San Joaquin Refining Co., Inc.; The San Antonio Refinery LLC; U.S. Oil & Refining Co.; and Wyoming Refining Co. hereby submit the following non-binding statement of the issues to be raised in this proceeding:

1. Were the final actions of the Administrator of the United States Environmental Protection Agency denying Petitioners' respective petitions for small refinery hardship exemptions from the Clean Air Act's

Renewable Fuel Standard for the 2016–2018 and 2021–2023 compliance years arbitrary, capricious, or otherwise contrary to law?

This statement is preliminary. Petitioners reserve the right to modify and amend their issues to be raised.

Dated: October 18, 2023

Respectfully submitted,

*s/ Jonathan G. Hardin*

Jonathan G. Hardin
Alexandra Magill Bromer
PERKINS COIE LLP
700 13th Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6297
Facsimile: 202.654.6211
JHardin@perkinscoie.com
ABromer@perkinscoie.com

Michael R. Huston*
Karl J. Worsham
PERKINS COIE LLP
2901 N. Central Ave., Suite 2000
Phoenix, AZ 85102-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
MHuston@perkinscoie.com
KWorsham@perkinscoie.com
*Admitted only in Washington, D.C.*

*Attorneys for American Refining Group, Inc.; Calumet Montana Refining, LLC; Calumet Shreveport Refining, LLC; Countrymark Refining & Logistics, LLC; Ergon Refining, Inc.; Ergon-West Virginia, Inc.; Hunt Refining Co.; Par Hawaii Refining, LLC; Placid Refining Co. LLC; San Joaquin Refining Co., Inc.; The San Antonio Refinery LLC; U.S. Oil & Refining Co.; and Wyoming Refining Co.*

# CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 18, 2023

                                       *s/ Jonathan G. Hardin*
                                       Jonathan G. Hardin
                                       PERKINS COIE LLP