# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-1194** | **September Term, 2023** |
| | EPA-88FR46795 |
| | Filed On: November 28, 2023 [2028833] |

Calumet Montana Refining, LLC,

  Petitioner

 v.

Environmental Protection Agency,

  Respondent

------------------------------

Consolidated with 23-1210, 23-1250, 23-1251, 23-1252, 23-1253, 23-1254, 23-1255, 23-1256, 23-1257, 23-1258, 23-1266

**O R D E R**

 Upon consideration of the joint unopposed motion to stay all deadlines and hold case in abeyance, and the joint unopposed motion to extend deadline for proposed briefing format and protective order, it is

 **ORDERED** that these consolidated cases are hereby held in abeyance pending further order of the court. The parties are directed to file status reports at 90-day intervals beginning February 26, 2024. The parties are further directed to file motions to govern future proceedings in this case within 30 days of the resolution of all of the following actions: <u>Sinclair Wyoming Refining Co. v. EPA</u>, No. 22-1073, et al. (D.C. Cir.); <u>Calumet Shreveport Refining, LLC v. EPA</u>, No. 22-60266, et al. (5th Cir.); <u>Hunt Refining Co. v. EPA</u>, No. 22-11617, et al. (11th Cir.).

            **FOR THE COURT:**
            Mark J. Langer, Clerk

         BY: /s/
            Catherine J. Lavender
            Deputy Clerk