UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC, *et al.*,<br><br>    Petitioners,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Respondent. | Case No. 23-1194<br>(consolidated) |

# JOINT STATUS REPORT

Pursuant to this Court's Order of November 28, 2023, Doc. 2028833, Petitioners and Respondent U.S. Environmental Protection Agency ("EPA") jointly submit this written status report and state as follows:

1.  On October 27, 2023, Petitioners and EPA jointly filed the Abeyance Motion to stay all case deadlines and hold this case in abeyance until thirty (30) days after the resolution of all the following actions that are currently pending in this Court and other Circuits: (i) *Sinclair Wyoming Refining Co. v. EPA*, No. 22-1073 (consol.) (D.C. Cir.); (ii) *Calumet Shreveport Refining, LLC v. EPA*, No. 22-60266 (consol.) (5th Cir.); and (iii) *Hunt Refining Co. v. EPA*, No. 22-11617 (consol.) (11th Cir.) (collectively, the "April and June 2022 Denial Cases").

2.  As explained in the Abeyance Motion, resolution of the April and June 2022 Denial Cases could resolve some, or potentially all, of the

issues that would be raised in the instant matter. The interests of efficiency and judicial economy therefore weigh heavily in favor of staying this action pending the outcome of the April and June 2022 Denial Cases.

3. On November 28, 2023, the Court held this case in abeyance pending further order of the Court and directed the parties "to file status reports at 90-day intervals beginning February 26, 2024." Doc. 2028833.

4. Petitioners in this case have also filed petitions for review of the same agency action in the regional circuits where they contend they are located, and all seven of those regional circuits have granted materially identical motions to hold those cases in abeyance pending the outcome of the April and June 2022 Denial Cases. *American Refining Group, Inc. v. EPA*, No. 23-2664 (3d Cir. Oct. 5, 2023), Doc. 14; *The San Antonio Refinery LLC v. EPA*, No. 23-60399 (5th Cir. Oct. 3, 2023), Doc. 69; *Wynnewood Refining Co., LLC v. EPA*, No. 23-60427 (5th Cir. Nov. 2, 2023), Doc. 73; *Ergon Refining, Inc. v. EPA*, No. 23-60492 (5th Cir. Nov. 17, 2023), Doc. 40; *Countrymark Refining & Logistics, LLC v. EPA*, No. 23-2766 (7th Cir. Sept. 26, 2023), Doc. 6; *Cross Oil Refining & Marketing, Inc. v. EPA*, No. 23-3101 (8th Cir. Oct. 3, 2023), Doc. 5322573; *Calumet Montana Refining, LLC v. EPA*, No. 23-2183 (9th Cir. Oct. 2, 2023), Doc. 8; *Par Hawaii Refining, LLC, et al. v. EPA*, No. 23-2185 (9th Cir. Oct. 2, 2023), Doc. 8; *San Joaquin Refining Co., Inc. v. EPA*, No. 23-2186 (9th Cir. Oct. 3, 2023), Doc. 8; *Wyoming Refining Co. v. EPA*, No. 23-9582

(10th Cir. Sept. 28, 2023), Doc. 11032722; *Hunt Refining Co. v. EPA*, No. 23-12347 (11th Cir. Nov. 13, 2023), Doc. 36.[1]

5. As to the status of the April and June 2022 Denial Cases:

a. *Sinclair Wyoming* (D.C. Cir.): The consolidated petitions for review, including those filed by Petitioners, remain pending. Merits briefing is complete. Oral argument was held April 16, 2024. *See* Sinclair Wyoming, No. 22-1073, Doc. 2049836.

b. *Calumet Shreveport* (5th Cir.): On November 22, 2023, the Fifth Circuit issued a published opinion and entered judgment in the consolidated *Calumet Shreveport* petitions. *See Calumet Shreveport*, No. 22-60266, Doc. 408-1; Doc. 409. A divided merits panel granted the petitions for review and vacated and remanded the challenged adjudications to EPA "for further proceedings in accordance with the opinion of this court." *See id.*, Doc. 408-1 at 30; Doc. 409 at 3. On January 22, 2024, the Fifth Circuit denied Intervenors' petitions for rehearing and rehearing en banc. *See id.*, Doc. 444-2. The mandate issued on January 30, 2024. *Id.*, Doc. 446-2. EPA and Intervenors Growth Energy and the Renewable Fuels Association filed separate petitions for a writ of certiorari on

---

[1] *The San Antonio Refinery LLC*, No. 23-60399 (5th Cir.) and *Ergon Refining, Inc*, No. 23-60492 (5th Cir.) have been consolidated and removed from abeyance. No. 23-60399 (Mar. 1, 2024), Doc. 75. Petitioners' opening brief is due on July 12, 2024. *Id.*, Doc. 94. On May 23, 2024, EPA filed a consent motion to place the consolidated Fifth Circuit action back into abeyance until after the Supreme Court's disposition of EPA's petition for a writ of certiorari in *Calumet Shreveport* or, if certiorari is granted, until after the Supreme Court's decision. *See id.*, Doc. 99-1.

May 20, 2024. The Supreme Court docketed those petitions on May 22, 2024. Nos. 23-1229 (EPA), and 23-1230 (Intervenors). The Petitioners' response is currently due on June 21, 2024.

   c. *Hunt* (11th Cir.): On January 11, 2024, the Eleventh Circuit issued a published opinion and entered judgment in the consolidated *Hunt* petitions. *See Hunt*, No. 22-11617, Doc. 118. The Eleventh Circuit concluded that the April and June 2022 Denial decisions "were nationally applicable and may be challenged only in the D.C. Circuit." *Id.*, Doc. 118 at 11. Because Hunt's "protective" petitions filed in the D.C. Circuit were "consolidated with other refineries' challenges to the same agency actions and are currently being briefed on the merits," the Court dismissed Hunt's Eleventh Circuit petitions. *Id.*, Doc. 118 at 13. Hunt filed a petition for rehearing en banc on February 26, 2024. That petition was denied on April 9, 2024. *Id.*, Doc. 123. The mandate issued on April 17, 2024. *Id.*, Doc. 124. The current deadline to petition for a writ of certiorari is July 8, 2024.

 6. Given the status and pendency of the April and June 2022 Denial Cases, the parties agree that the abatement of this case should continue.

 7. Petitioners and EPA will continue to file a written status report every 90 days.

4

Dated:  May 24, 2024

TODD KIM
Assistant Attorney General

*s/ Bryan J. Harrison*
BRYAN J. HARRISON
JEFFREY HUGHES
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-0930 (Harrison)
(202) 305-4598 (Hughes)
bryan.harrison@usdoj.gov
jeffrey.hughes@usdoj.gov

*Attorneys for U.S. Environmental Protection Agency*

Respectfully submitted,

*s/ Jonathan G. Hardin*
Jonathan G. Hardin
Alexandra Magill Bromer
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6297
Facsimile: 202.654.6211
JHardin@perkinscoie.com
ABromer@perkinscoie.com

Michael R. Huston
Karl J. Worsham
PERKINS COIE LLP
2901 N. Central Ave., Suite 2000
Phoenix, AZ 85102-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
MHuston@perkinscoie.com
KWorsham@perkinscoie.com

*Attorneys for American Refining Group, Inc.; Calumet Montana Refining, LLC; Calumet Shreveport Refining, LLC; Countrymark Refining & Logistics, LLC; Ergon Refining, Inc.; Ergon-West Virginia, Inc.; Hunt Refining Company; Par Hawaii Refining, LLC; Placid Refining Company LLC; San Joaquin Refining Co., Inc.; The San Antonio Refinery LLC; U.S. Oil & Refining Company; Wynnewood Refining Co., LLC and Wyoming Refining Company*

*s / Mark W. DeLaquil*
Mark W. DeLaquil
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Ave., NW
Washington, DC 20036
(202) 861-1527
mdelaquil@bakerlaw.com

*Attorney for Petitioner Cross Oil Refining & Marketing, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 24, 2024

                                       *s/ Jonathan G. Hardin*
                                       Jonathan G. Hardin
                                       PERKINS COIE LLP