# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1194**                                                    **September Term, 2024**

EPA-88FR46795

Filed On: September 25, 2024

Calumet Montana Refining, LLC,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 23-1210, 23-1250, 23-1251, 23-1252, 23-1253, 23-1254, 23-1255, 23-1256, 23-1257, 23-1258, 23-1266

**BEFORE:**    Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to extend time and the opposition thereto, it is

**ORDERED** that the motion to extend time be granted. Motions to govern further proceedings in these consolidated cases are now due October 21, 2024.

**Per Curiam**

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                        BY:    /s/
                                  Selena R. Gancasz
                                  Deputy Clerk